

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

*FILED*

AUG 1 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR235GKF |
| **Plaintiff,** | |
| | **INDICTMENT** |
| v. | [COUNT ONE: 18 U.S.C. §§ 1151, 1153, 1111, and 2 – Second Degree Murder in Indian Country; |
| JUSTIN WADE MALONE, a/k/a "Wade Gram," DEVON MARIE LAROCCA, a/k/a "Devon Marie Rosen," | COUNT TWO: 18 U.S.C. §§ 924(j)(1) and 2 – Causing Death by Using and Discharging a Firearm During and in Relation to a Crime of Violence; |
| **Defendants.** | Forfeiture Allegation: 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Firearms Forfeiture] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. §§ 1151, 1153, 1111, and 2]**

On or about July 8, 2022, within Indian Country in the Northern District of Oklahoma, the defendants, **JUSTIN WADE MALONE**, a/k/a "Wade Gram," an Indian, and **DEVON MARIE LAROCCA**, a/k/a "Devon Marie Rosen," aiding and abetting one another, willfully, deliberately, maliciously, and with malice aforethought unlawfully killed Cristian Amaya Valesquez, by shooting him in the head with a firearm.

All in violation of Title 18, United States Code, Sections 1151, 1153, 1111, and 2.

## COUNT TWO
### [18 U.S.C. §§ 924(j)(1) and 2]

On or about July 8, 2022, in the Northern District of Oklahoma, the defendants,

**JUSTIN WADE MALONE**, a/k/a "Wade Gram," and **DEVON MARIE**

**LAROCCA**, a/k/a "Devon Marie Rosen," aiding and abetting one another,

knowingly used and discharged a firearm during and in relation to a crime of

violence, Second Degree Murder in Indian Country, as more fully set forth in Count

One of this Indictment, an offense for which Defendants **MALONE** and

**LAROCCA** may be prosecuted in a court of the United States, in violation of Title

18, United States Code, Section 924(c), and in the course of committing such

violation, caused the death of Cristian Amaya Valesquez through the use and

discharge of a firearm, and the killing constituted murder, as defined in Title 18,

United States Code, Section 1111(a).

All in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

2

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **JUSTIN WADE MALONE**, shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of such offenses.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

NATHAN E. MICHEL
Assistant United States Attorney

_/s/ Grand Jury Foreperson_
Grand Jury Foreperson

3